**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01048-CV

### LESLIE VOLLMER, Appellant

### V.

### LINDA VOLLMER, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-17494-Y**

## ORDER

By postcard dated November 1, 2013, we notified the official court reporter for the 330th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response. This appeal cannot proceed until the issue of the reporter's record is resolved.

Accordingly, we **ORDER** court reporter Francheska Duffey to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested the record.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE